Filing # 73593216 E-Filed 06/14/2018 04:22:18 PM

FILED
Date 8/10/18 Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS, FLORIDA
Initials

IN THE CIRCUIT COURT OF THE 20th
JUDICIAL CIRCUIT, IN AND FOR
LEE COUNTY, FLORIDA
CASE NO: 2018-CA-1725

WALTER ATTERBURY

        Plaintiff

vs.

2:18-Cv-553-FtM-99MRM

TARGET CORPORATION, d/b/a
TARGET a FOREIGN CORPORATION

        Defendant.
_____/

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW Plaintiff WALTER ATTERBURY, and in response to Defendant TARGET CORPORATION, d/b/a TARGET a FOREIGN CORPORATION'S Answer and Affirmative Defense's, denies each and every Affirmative Defense and demands strict proof thereof.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on 14th OF June 2018, we electronically filed and served the foregoing with the Clerk of Courts by using the Florida Courts E-Filing Portal to: Joseph Michael Sette, Esq., CONROY SIMBERG, 4315 Metro Parkway, Suite 250, Ft. Myers, Florida 33916 eservicefm@conroysimberg.com and jsette@conroysimberg.com

                              Dena Sisk Foman, Esquire
                              FBN: 518417
                              McLaughlin & Stern, PLLC
                              525 Okeechobee Blvd., Suite 1700
                              West Palm Beach, Fl 33401
                              T: 561 659 4020
                              F: 561 659 5399
                              Email: dfoman@mclaughlinstern.com
                                        tvoorhees@mclaughlinstern.com



EXHIBIT F10